No. 71–1003. HORSE CREEK ROYALTY CORP. ET AL. *v.* SOUTHLAND ROYALTY CO. ET AL. Appeal from Sup. Ct. Wyo. dismissed for want of properly presented federal question.

No. 71–5915. STRICKLAND ET AL. *v.* BOARD OF EDUCATION, SAN FRANCISCO UNIFIED SCHOOL DISTRICT, ET AL. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.